AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

CASE NUMBER:   3:07-cr-110-J-20MCR
USM NUMBER:    19578-018

v.

JANETTE M. ANDREU

Defendant's Attorney:   Gerald S. Bettman (cja)

**THE DEFENDANT:**

_____ admitted guilt to violation of charge number(s) _____ of the term of supervision.

__X__ was found in violation of charge number(s) ____One through Seven____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for cocaine. | January 10, 2007 |
| Two | Use of marijuana and cocaine. | January 17, 2007 |
| Three | Positive urinalysis for cocaine. | January 19, 2007 |
| Four | Positive urinalysis for cocaine. | February 9, 2007 |
| Five | New criminal conduct (DUI) while on supervision. | March 11, 2007 |
| Six | New criminal conduct (driving while license suspended) while on supervision. | April 26, 2007 |
| Seven | Positive urinalysis for cocaine. | May 9, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) ____Eight and Nine____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: October 23, 2007

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: October 23, 2007

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: JANETTE M. ANDREU | Judgment - Page 2 of 2 |
| Case No.: 3:07-cr-110-J-20MCR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **six (6) months.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:
**FPC Coleman and proper medical treatment that the Defendant needs.**

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

  ____ at _____ a.m.   p.m.   on _____.

  ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ____ before 2 p.m. on _____.

  ____ as notified by the United States Marshal.

  ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
   DEPUTY UNITED STATES MARSHAL